UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:84-CR-21-TBR

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.

WILLIAM DALE WOOLUM                                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Defendant William Dale Woolum's Motion to the Court. [DN 71]. In this motion, Defendant claims 18 U.S.C. § 3582(c) applies to him and he requests that "the Court should reinstate the proceedings initiated by the Defendant." *Id*. Defendant made the same argument in his prior Motion for Compassionate Release, [DN 54], which upon review, was rejected by this Court:

> Here, the Government responded to Defendant's Motion, [DN66], and successfully established that 18 U.S.C. § 4205(g) governs Defendant's motion for compassionate release, not the First Step Act's amendment to 18 U.S.C. § 3582(c). [DN 66]. Therefore, because the BOP itself has not filed a motion to reduce Defendant's sentence as required under § 4205(g), the Court lacks jurisdiction to reduce Defendant's sentence and his motion for compassionate release was denied. [DN 68].

After considering Defendant's motion, [DN 71], the Court concludes that the information contained therein does not provide a basis to reconsider or alter the prior Memorandum Opinion and Order. Moreover, given that the Court has previously addressed and rejected Defendant's

argument that his motion for compassionate release is governed by 18 U.S.C. § 3582(c), it declines to do so again here. Accordingly, Defendant's Motion, [DN 71], is **DENIED AS MOOT.**

    **IT IS SO ORDERED**

                                                   **Thomas B. Russell, Senior Judge**
                                                   **United States District Court**

November 9, 2020

cc: Attorneys of Record

**William Dale Woolum**
ALLENWOOD MEDIUM
01843-033
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 2000
WHITE DEER, PA 17887
PRO SE